IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PAUL WHITE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CV NO. 04-4087-JPG |
| | ) |
| **LAND O'LAKES, INC., a foreign business corporation,** | ) |
| | ) |
| **Defendant/Third-Party Plaintiff,** | ) |
| | ) |
| **TOTAL QUALITY WAREHOUSE and WESTAFF,** | ) |
| | ) |
| **Third-Party Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   March 15, 2006

NORBERT JAWORSKI, CLERK

 By:  s/Judith Prock
**Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
              **U. S. DISTRICT JUDGE**